## VILSCOFF *v.* STATE OF INDIANA.

[No. 25,182.   Filed November 4, 1926.]

CRIMINAL LAW.—Motion for new trial properly overruled where
evidence was sufficient to sustain conviction on one of five
counts of the affidavit.

From Marion Criminal Court (59,556); *Edward W.
Felt,* Special Judge.

Chris Vilscoff was convicted of having possession of
intoxicating liquor, and he appeals.   *Affirmed.*

*Alvah J. Rucker,* for appellant.

*Arthur L. Gilliom,* Attorney-General and *George J.
Muller,* Deputy Attorney-General, for the State.

EWBANK, J.—An indictment in five counts was filed
in the city court at Indianapolis against appellant, the
third of which charged him with unlawfully possessing
intoxicating liquor.   On appeal to the criminal court,
he was found guilty, and was sentenced to pay a fine
of $200 and be imprisoned at the Indiana State Farm
for a term of sixty days.   A motion for a new trial
for the alleged reasons that the finding was not sustained by sufficient evidence and was contrary to law
was overruled and he excepted.   Overruling this motion is assigned as error.

We have examined the evidence and find that there
was evidence which, if believed, sufficiently sustains the
finding of guilty under the third count.   Therefore no

error was committed in overruling appellant's motion for a new trial. *Powers* v. *State* (1882), 87 Ind. 97, 103; *Parks* v. *State* (1902), 159 Ind. 211, 215, 64 N. E. 862, 59 L. R. A. 190; *Stucker* v. *State* (1908), 171 Ind. 441, 443, 84 N. E. 971.

The judgment is affirmed.